SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    vs.<br><br>Kabob House, Inc.,<br><br>        Defendant | Case No. **2:12-cv-01321-WBS-CKD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

    IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice pursuant Fed. R. Civ. P. Rule 41(a)(1).

Date: July 30, 2012

*William B. Shubb* (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE